UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA A. SPOONER,<br><br>    Plaintiff,<br><br> v.<br><br>STEVEN M. KIM, D.D.S., P.S., et al.,<br><br>    Defendants. | C16-1729 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

 (1) The parties' stipulated motion, docket no. 12, as amended, docket no. 13, to permit defendants to amend their answer to add an eight affirmative defense, is GRANTED. Defendants shall electronically file their amended answer within seven (7) days of the date of this Minute Order.

 (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of July, 2017.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1