UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA A. SPOONER,

        Plaintiff,

v.

STEVEN M. KIM, D.D.S., P.S., et al.,

        Defendants.

C16-1729 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 22, is GRANTED, and plaintiff is AWARDED reasonable attorneys' fees and costs in the amount of $31,000.[1] Pursuant to the parties' agreement, no interest shall accrue on this amount for forty (40) days after entry of a supplemental judgment.

(2) The Clerk is DIRECTED to enter a supplemental judgment consistent with this Minute Order and to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

---

[1] The parties proposed an order requiring defendants to issue a check payable to plaintiff's counsel, HKM Employment Attorneys LLP, but they have not provided a copy of any fee agreement between plaintiff and the law firm, or any basis for the Court to award fees to counsel, as opposed to plaintiff.

MINUTE ORDER - 1